JOHN T. KEATING
Nevada Bar No. 6373
**KEATING** LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Defendant
*Allstate Insurance Company*

KEATING LAW GROUP
9130 W. RUSSELL RD., SUITE 200
LAS VEGAS, NEVADA 89148

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT GOTTLIEB,

Plaintiff,

vs.

VOGL CONSTRUCTION, INC., a Nevada Corporation; SERVPRO OF SOUTHEAST LAS VEGAS, an entity doing business in the state of Nevada; ALLSTATE INSURANCE COMPANY, a foreign insurance company authorized to do business in Nevada; DOES I-X and ROES I-X, inclusive,

Defendant.

Case No. 2:26-cv-02735-GMN-NJK

**STIPULATION AND ORDER TO REMAND TO STATE COURT**

IT IS HEREBY STIPULATED by and between Plaintiff, ROBERT GOTTLIEB, and Defendant, ALLSTATE INSURANCE COMPANY, by and through their respective counsel of record, that this matter is remanded to the Eighth Judicial District Court, Clark County, Nevada, Case No. A-26-939452-C, Department IV, based upon the Order to Show Cause (Doc. 5) filed

/ / /

/ / /

/ / /

by the Court on September 1, 2026.

DATED: September 10, 2026.

KEATING LAW GROUP

*/s/ John T. Keating*
JOHN T. KEATING
Nevada Bar No. 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorneys for Defendant
*Allstate Insurance Company*

DATED: September 10, 2026.

MCAVOY AMAYA & REVERO, ATTORNEYS

*/s/ Michael J. McAvoy-Amaya*
TIMOTHY E. REVERO, ESQ.
Nevada Bar No. 14603
MICHAEL J. MCAVOY-AMAYA, ESQ.
Nevada Bar No. 14802
600 Eighth Street
Las Vegas, NV 89101
Attorneys for Plaintiff

DATED: September 10, 2026.

HALL & EVANS

*/s/ Kurt R. Bonds*
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
1160 N. Town Center Dr., Ste. 330
Las Vegas, NV 89144
Attorneys for Defendant
*Cut & Dry Restoration, Inc. dba*
*ServPro of Southeast Las Vegas*

KEATING LAW GROUP
9130 W. RUSSELL RD., SUITE 200
LAS VEGAS, NEVADA 89148

**ORDER**

**IT IS HEREBY ORDERED** that this case is remanded to Eighth Judicial District Court, Clark County, Nevada.

**IT IS FURTHER ORDERED** that Defendant Allstate Insurance Company's Motion to Dismiss, (ECF No. 4), is **DENIED as moot.**

The Clerk of Court is kindly directed to close the case.

**IT IS SO ORDERED:**

**DATED** this 15 day of September, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT